# UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

U.S.A. vs. Brock Vanallen Williamson                Docket No. 5:05-CR-194-1

## Petition for Action on Supervised Release

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brock Vanallen Williamson, who, upon an earlier plea of guilty to 18 U.S.C. § 922 (g)(1) and 21 U.S.C. § 924, Possession of a Firearm by a Convicted Felon, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on June 13, 2006, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Brock Vanallen Williamson will be released from federal custody on June 10, 2011, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Williamson has two prior sex offenses involving violence against women and children. Most notably in 2005, he was convicted in Cumberland County, NC, of two counts of Indecent Liberties with a Child, Case Nos. 05CRS-53125 & 53126. The state court imposed a 20-24 month term of imprisonment with credit for time served. Additionally, it was ordered that upon release, he be enrolled in a satellite based monitoring program for the remainder of his natural life. Based on his

Brock Vanallen Williamson
Docket No. 5:05-CR-194-1
Petition For Action
Page 2

prior convictions and danger to the community, our office recommends the court impose additional special conditions of supervised release requiring him to participate in sex offender/mental health treatment, register as a sex offender, and consent to searches to ensure he is not engaged in any further illegal activity or inappropriate conduct while on supervision.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in mental health/sex offender treatment, evaluation testing, clinical polygraphs and other assessment instruments as directed by the probation officer. While under supervision in the Eastern District of North Carolina, the defendant shall further abide by the rules and regulations of the NCE Sex Offender Program.

2. The defendant shall comply with the registration requirements of the Sex Offender Registration and Notification Act of 2006, as directed by the Bureau of Prisons and the probation officer.

3. The defendant shall submit to a search of his person, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant. The search may be conducted by any law enforcement officer or probation officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley | /s/ John A. Cooper |
| Kevin L. Connolley | John A. Cooper |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street, Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: (910) 815-4857 |
| | Executed On: May 4, 2011 |

**Brock Vanallen Williamson**
**Docket No. 5:05-CR-194-1**
**Petition For Action**
**Page 3**

## ORDER OF COURT

Considered and ordered this ___5___ day of ___May___, 2011, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge